UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**MARCO ANTONIO SERRANO,** :

    Petitioner : CIVIL ACTION NO. 3:23-0163

v. : (JUDGE MANNION)

     :

**WARDEN BARRAZA,**

     :

    Respondent

     :

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE THIS CASE**.

                                              */s/ Malachy E. Mannion*
                                              **MALACHY E. MANNION**
                                              **United States District Judge**

**DATE: April 4, 2023**
23-0163-01